**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-6614**

_____

DANIEL TEMPLE,

Plaintiff - Appellant,

versus

DANIEL R. DAY, in his individual capacity and
official capacity,

Defendant - Appellee.

_____

**No. 00-6615**

_____

DANIEL TEMPLE,

Plaintiff - Appellant,

versus

OCONEE COUNTY SHERIFF'S DEPARTMENT; KENNY
WASHINGTON, Lieutenant with Oconee County
Sheriff's Department; DEAN HALL, Judge,

Defendants - Appellees.

_____

Appeals from the United States District Court for the District of
South Carolina, at Florence. G. Ross Anderson, Jr., District Judge.
(CA-99-3486-4-13BF, CA-00-598-4-13BF, CA-00-599-4-13BF)

Submitted:  July 13, 2000          Decided:  July 25, 2000

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Daniel Temple, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Daniel Temple appeals the district court's orders dismissing without prejudice his two civil rights complaints.  We have reviewed the record and the district court's orders accepting the recommendations of the magistrate judge and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Temple v. Day, No. CA-99-3486-4-13BF (D.S.C. Apr. 6, 2000); Temple v. Oconee County Sheriff's Dep't, No. CA-00-598-4-13BF (D.S.C. Apr. 21, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

                                                  AFFIRMED